AO 442

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Rodney G. De La Torre-Reyna

**WARRANT FOR ARREST**

25699-298

Case Number: 11cr2292-IEG

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Rodney G. De La Torre-Reyna____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

[Stamp: RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2013 MAY 6 AM 11:37]

In violation of Title ____See Above____ United States Code, Section(s) ____

W. Samuel Hamrick, Jr.                         Clerk of the Court
Name of Issuing Officer                        Title of Issuing Officer

s/ J. Haslam  [signature]                      May 6, 2013    San Diego, CA
Signature of Deputy                            Date and Location

Bail fixed at $ ____NO BAIL SET____   by   ____The Honorable Irma E. Gonzalez____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Rodney G. De La Torre-Reyna

WARRANT FOR ARREST

25699-298

Case Number: 11cr2292-IEG

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Rodney G. De La Torre-Reyna___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

*[Stamp: 2013 MAY 6 AM 11:37 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA]*

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

s/ J. Haslam  *[signature]* | May 6, 2013   San Diego, CA
Signature of Deputy | Date and Location

Bail fixed at $ ___NO BAIL SET___ by ___The Honorable Irma E. Gonzalez___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |