IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-mj-01092-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RODNEY G. De La TORRE-REYNA,

       Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States.  All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

    Dated this __14th__ day of June, 2013.

Respectfully submitted,

JOHN F. WALSH,
United States Attorney

By:   s/Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: martha.paluch@usdj.gov
Attorney for the Government

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this __14th__ day of May, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

      *s/Barbara Gardalen*
BARBARA GARDALEN
Legal Assistant
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax:   (303) 454-0403
barbara.gardalen@usdoj.gov

-3-